AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Massachusetts__

FILED OFFICE
2004 OCT -4 P 1: 16

Joan L. Smith,
    Plaintiff

V.

Unum Life Insurance Company of America,
    Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-40193 FDS**

TO: (Name and address of Defendant)

Unum Life Insurance Company of America
18 Chestnut Street
Worcester, MA  01608

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Howard J. Potash, Esquire
306 Main Street, Suite 300
Worcester, MA  01608
(508) 754-2624

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Sherry Jones_
(By) DEPUTY CLERK

DATE  9-27-04
September 27, 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 9/28/04 |
| NAME OF SERVER (PRINT) William E. George | TITLE Constable |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): by giving said copy in Hand to Julia Dapsis, Paralegal & Agent in charge to accept service. Service was effected at: Unum Life Insurance Company of America- 18 Chestnut St., Worcester, MA.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9/28/04
　　　　　　　Date

Signature of Server: *William E. George*

340 Main St., Suite 608, Worcester, MA 01608
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.