UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN L. SMITH, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNUM LIFE INSURANCE )<br>COMPANY OF AMERICA, )<br>)<br>Defendant ) | Civil Action No. 04-40193-FDS |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSIVE PLEADING

Defendant Unum Life Insurance Company of America moves for an extension of the time within which it must serve its response to Plaintiff's Complaint, to and including November 3, 2004.

Counsel for Plaintiff assents to this enlargement of time, and this extension should not interfere with the trial schedule of the matter.

WHEREFORE, Defendant respectfully requests an enlargement of time to November 3, 2004, within which to respond to Plaintiff's Complaint.

DATED: October 12, 2004

_____
John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorney for Defendant
Unum Life Insurance Company of America

{W0282143.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via overnight delivery, addressed as follows:

>Howard J. Potash, Esq.
>306 Main Street, Suite 300
>Worcester, MA  01608

DATED: October 12, 2004

*John J. Aromando, BBO #545648*

{W0282143.1}