UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

JOAN L. SMITH, )
 )
      Plaintiff )
 )
v. ) Civil Action No. 04-40193-FDS
 )
UNUM LIFE INSURANCE )
COMPANY OF AMERICA, )
 )
      Defendant )

## MOTION TO ADMIT ATTORNEY GERALDINE G. SANCHEZ
## *PRO HAC VICE* PURSUANT TO LOCAL RULE 83.5.3

(1)    Defendant Unum Life Insurance Company of America ("Unum") seeks to have Attorney Geraldine G. Sanchez appear as counsel in the above matter in the United States District Court for the District of Massachusetts pursuant to Local Rule 83.5.3.

(2)    I, John J. Aromando, am a member of the bar of this Court and have entered an appearance for Defendant Unum in this case. I am a partner in the law firm of Pierce Atwood LLP.

(3)    I am actively associated with Attorney Geraldine G. Sanchez, who is a partner at Pierce Atwood LLP.

(4)    Accompanying this Motion is a Certificate by Geraldine G. Sanchez certifying that she meets the requirements specified in Local Rule 83.5.3.

(5)    No memorandum of law is necessary in connection with this Motion because the relief requested is within the discretion of this Court.

FILING FEE PAID:
RECEIPT # 404431
AMOUNT $ 50.00
BY DPTY CLK [signature]
DATE 10-22-04

{W0282799 1}

WHEREFORE, I hereby move that Geraldine G. Sanchez be granted leave pursuant to Local Rule 83.5.3 to appear and practice before this Court in the above-named matter.

DATED: October 14, 2004

                                      /s/ John J. Aromando
                                      John J. Aromando, BBO # 545648
                                      PIERCE ATWOOD LLP
                                      One Monument Square
                                      Portland, ME 04101
                                      (207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0282799.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff, via First Class Mail, postage prepaid, addressed as follows:

> Howard J. Potash, Esq.
> 306 Main Street, Suite 300
> Worcester, MA  01608

DATED: October 14, 2004

*John J. Aromando, BBO #545648*

{W0282799.1}

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN L. SMITH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 04-40193-FDS |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

**CERTIFICATE OF GERALDINE G. SANCHEZ
FOR ADMISSION *PRO HAC VICE* IN THE
<u>U.S. DISTRICT COURT, DISTRICT OF MASSACHUSETTS</u>**

Pursuant to Local Rule 83.5.3, John J. Aromando (Bar Reg. No. 545648) who has entered an appearance in this case, has moved this Court to grant leave for Geraldine G. Sanchez to practice before this Court in this particular case.

Furthermore, I, Geraldine G. Sanchez, do hereby certify the following:

(1)  I am a member in good standing of the bars of every jurisdiction where I have been admitted to practice, which includes the United States District Court for the District of Maine.

(2)  My office address and telephone number are: Pierce Atwood LLP, One Monument Square, Portland, ME 04101 (207-791-1100).

(3)  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(4)  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

{W0282799.1}

Accordingly, I request that this Court grant me leave to practice in the United States District Court for the District of Massachusetts in the case *Joan L. Smith v. Unum Life Insurance Company of America.*

Sworn to this date under penalties of perjury.

DATED: October 14, 2004

                                                                                        _____
                                                                                        Geraldine G. Sanchez

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*

{W0282799.1}