UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOAN L. SMITH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-40193-FDS |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

**DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT**

Unum Life Insurance Company of America has not issued shares to the public nor

has its subsidiaries or affiliates. UnumProvident Corporation, its parent company, has

issued shares to the public.

DATED: October 14 , 2004

John J. Aromando, BBO #545648

PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100

Attorney for Defendant
Unum Life Insurance Company of America

{W0282143.1}

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff via First Class Mail, postage prepaid, addressed as follows:

Howard J. Potash, Esq.
306 Main Street, Suite 300
Worcester, MA  01608

DATED:  October 14, 2004

John J. Aromando, BBO #545648

{W0282976.1}