UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOAN L. SMITH, )
)
    Plaintiff )
)
v. ) Civil No. 04-cv-40193
)
UNUM LIFE INSURANCE )
COMPANY OF AMERICA, )
)
    Defendant )

## DEFENDANT'S STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, Defendant Unum Life Insurance Company of America files this Statement Regarding Pretrial Matters. This matter involves the review of a denial of benefits under an ERISA-covered employee benefit plan. Defendant has been unable to contact counsel for Plaintiff in an effort to submit a joint statement regarding pretrial matters, therefore, Defendant submits the following:

### Proposed Scheduling Order

Defendant proposes the following schedule:

Defendant has provided Plaintiff with a copy of the Administrative Record.

If any party proposes that it is entitled to discovery or any evidentiary hearing, it must file a motion for leave to conduct such discovery or request an evidentiary hearing with the Court by December 30, 2004. Absent such a motion, there will be no discovery or evidentiary hearing in this action.

On or before January 15, 2005, both parties shall file with the Court their Cross-Motions for Judgment on the Administrative Record. If it appears that any motion for

{W0296970.1}

discovery or request for an evidentiary hearing will remain undecided by January 15, 2005, either party may move for an appropriate adjustment to the schedule for filing Cross-Motions for Judgment.

On or before February 15, 2005, the parties shall file their respective Oppositions to Cross-Motions for Judgment.

Oral argument on the parties' Cross-Motions to be scheduled by the Court.

### Additional Matters

Defendant's certification pursuant to Local Rule 16.1(D)(3) will be filed under separate cover.

Defendant does not agree to have this matter heard by a Magistrate Judge.

The Plaintiff has not yet submitted a settlement demand to the Defendant pursuant to Local Rule 16.1(C).

DATED:    December 2, 2004

Respectfully submitted,

Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
Attorneys for Defendant

{W0296970.1}

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon counsel for Plaintiff via overnight delivery, addressed as follows:

>Howard J. Potash, Esq.
>306 Main Street, Suite 300
>Worcester, MA 01608

DATED: December 2, 2004

_____
Geraldine G. Sanchez

{W0296970.1}

3