UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

| | | |
|---|---|---|
| JOAN L. SMITH, | ) | 2004 DEC -b  A 9: 58 |
| | ) | |
| Plaintiff | ) | |
| | ) | US. DISTRICT COURT |
| v. | ) | Civil No. 04-cv-40193 DISTRICT OF MASS. |
| | ) | |
| UNUM LIFE INSURANCE | ) | |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## JOINT STATEMENT REGARDING PRETRIAL MATTERS

Pursuant to Local Rule 16.1, Plaintiff Joan Smith and Defendant Unum Life
Insurance Company of America file this Joint Statement Regarding Pretrial Matters.  This
matter involves the review of a denial of benefits under an ERISA-covered employee
benefit plan.

### Proposed Scheduling Order

The Parties propose the following schedule:

Defendant has provided Plaintiff with a copy of the Administrative Record.

If any party proposes that it is entitled to discovery or any evidentiary hearing, it
must file a motion for leave to conduct such discovery or request an evidentiary hearing
with the Court by January 15, 2005.  Absent such a motion, there will be no discovery or
evidentiary hearing in this action.

On or before February 15, 2005, both parties shall file with the Court their Cross-
Motions for Judgment on the Administrative Record.  If it appears that any motion for
discovery or request for an evidentiary hearing will remain undecided by February 15,

2005, either party may move for an appropriate adjustment to the schedule for filing

Cross-Motions for Judgment.

On or before March 15, 2005, the parties shall file their respective Oppositions to

Cross-Motions for Judgment.

Oral argument on the parties' Cross-Motions to be scheduled by the Court:

_____.

### Additional Matters

The parties' certifications pursuant to Local Rule 16.1(D)(3) will be filed under

separate cover.

The parties do not agree to have this matter heard by a Magistrate Judge.

DATED: 12\3\04

Respectfully submitted,

Howard J. Potash
306 Main Street, Suite 300
Worcester, MA 01608
(508) 754-2624
Attorney for Plaintiff

Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME 04101
(207) 791-1100
Attorneys for Defendant