UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CASE NO.: 04-CV-40193FDS

| | |
|---|---|
| JOAN L. SMITH,<br>  PLAINTIFF | )<br>)<br>) |
| V. | )<br>) |
| UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br>  DEFENDANT | )<br>)<br>) |

### JOINT MOTION TO EXTEND FILING OF PLAINTIFF'S AMENDED MOTION TO CONDUCT DISCOVERY

NOW COME the Plaintiff, Joan L. Smith and the Defendant, Unum Life Insurance Company of America, and jointly move this Honorable Court to extend the filing of Plaintiff's Amended Motion to Conduct Discovery from January 7, 2005 to February 7, 2005.

As grounds therefore the parties assert that the Defendant is in the process of determining whether the Plaintiff is entitled to a reassessment of her disability claim under recent proceedings with the Massachusetts Department of Insurance.

The reassessment process has commenced on January 4, 2005. The parties are hopeful that a decision will be rendered by the Defendant as to reassessment for the Plaintiff prior to February 7, 2005. It is the intention of the parties to jointly request a stay if reassessment is granted to the Plaintiff in order to provide the reassessment process an opportunity to cure the dispute.

WHEREFORE, the parties request an extension for the Plaintiff to file an Amended Motion to Conduct Discovery until February 7, 2005.

| | |
|---|---|
| Joan L. Smith<br>By her Attorney, | Unum Life Insurance Company of America<br>By their Attorney, |
| _____<br>Howard I. Potash, Esquire<br>306 Main Street, Suite 300<br>Worcester, MA 01608<br>(508) 754-2624<br>BBO # 404160 | _____<br>Geraldine G. Sanchez, Esquire<br>PIERCE ATWOOD LLP<br>One Monument Square<br>Portland, ME 04101<br>(207) 791-1100 |