UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN L. SMITH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil No. 04-cv-40193FDS |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
| Defendant ) | |

**STATUS REPORT OF REASSESSMENT**

Pursuant to the Orders dated March 3, 2005 and November 18, 2005, the parties report the following regarding the status of the reassessment of claims: The reassessment process under the Regulatory Settlement Agreement (the "RSA") for notified claimants is continuing. The claims with the oldest denial or termination date are being reassessed first as required by the express terms of the RSA. New claims are still being received. Plaintiff's claim is in line for reassessment. Unum is using its best efforts to complete the reassessment process by June 2007. Presently, insureds who elected reassessment and whose claims were decided in late 2002 are being contacted regarding the reassessment of their claim. Plaintiff's claim was denied in and around May 2004.

The parties request that the stay remain in place until the regulatory process is completed.

{W0397002.3}

DATED:  March 29, 2006

        /s/ Howard J. Potash
Howard J. Potash, BBO #404160
306 Main Street, Suite 300
Worcester, MA  01608
(508) 754-2624

*Attorney for Plaintiff Joan Smith*

        /s/ Geraldine G. Sanchez
Geraldine G. Sanchez
PIERCE ATWOOD LLP
One Monument Square
Portland, ME  04101
(207) 791-1100

*Attorneys for Defendant*
*Unum Life Insurance Company of America*