UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOAN L. SMITH, ) | |
| ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil No. 04-cv-40193FDS |
| ) | |
| UNUM LIFE INSURANCE ) | |
| COMPANY OF AMERICA, ) | |
| ) | |
|     Defendant ) | |

**STATUS REPORT OF REASSESSMENT**

      Pursuant to the Orders dated March 3, 2005, November 18, 2005, and April 5, 2006, the parties report the following regarding the status of the reassessment of claims: The reassessment process under the Regulatory Settlement Agreement (the "RSA") for notified claimants is continuing.  The claims with the oldest denial or termination date are being reassessed first as required by the express terms of the RSA.  New claims are still being received.  Plaintiff's claim is in line for reassessment.  Unum is using its best efforts to complete the reassessment process by June 2007.  Presently, insureds who elected reassessment and whose claims were decided in September 2003 are being contacted regarding the reassessment of their claim.  Plaintiff's claim was denied in and around May 2004.

      The parties request that the stay remain in place until the regulatory process is completed.

{W0397002.3}

DATED:  September 29, 2006

        /s/ Howard J. Potash
        Howard J. Potash, BBO #404160
        306 Main Street, Suite 300
        Worcester, MA  01608
        (508) 754-2624

        *Attorney for Plaintiff Joan Smith*



        /s/ Geraldine G. Sanchez
        Geraldine G. Sanchez
        PIERCE ATWOOD LLP
        One Monument Square
        Portland, ME  04101
        (207) 791-1100

        *Attorneys for Defendant*
        *Unum Life Insurance Company of America*